*E-FILED 12-22-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE WACKENHUT CORPORATION, | No. C09-04292 HRL |
| Plaintiff, | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MATERIAL IN MOTION, INC., | |
| Defendant. | |

The Clerk of the Court having entered default judgment against the sole named defendant, the initial case management conference set for January 5, 2010 is vacated.

SO ORDERED.

Dated: December 22, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-04292-HRL Notice has been electronically mailed to:

2  B. Clyde Hutchinson   bch@llcllp.com, kateyr@llcllp.com

3  Maria M Lampasona   mlampasona@llcllp.com, nduncan@llcllp.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.