| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (510) 433-2600 | FOR RECORDER'S USE ONLY |
|---|---|---|
| X RECORDING REQUEST BY AND RETURN TO:<br>Maria M. Lampasona<br>Lombardi, Loper & Conant LLP<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612 | | |

| X ATTORNEY FOR | X JUDGMENT CREDITOR | ☐ ASSIGNEE OF RECORD |
|---|---|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 280 South 1st Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: The Wackenhut Corporation

DEFENDANT: Material in Motion, Inc.

| WRIT OF | X EXECUTION (Money Judgment) | | CASE NUMBER: |
|---|---|---|---|
| | ☐ POSSESSION OF | ☐ Personal Property | 5:09-cv-04292-HRL |
| | | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of: Santa Clara

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* The Wackenhut Corporation
   is the  X  judgment creditor  ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   Material in Motion, Inc.
   1110 La Avenida
   Mountain View, CA 94043
   (650) 967-3300 Phone
   (650) 967-4400 Fax

   ☐ additional judgment debtors on reverse

5. Judgment entered on (date): November 30, 2009
6. ☐ Judgment renewed on (dates):

7. Notice of sale under this writ
   a. X has not been requested.
   b. ☐ has been requested (see reverse).

8. ☐ Joint debtor information on reverse.

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment ..................... $ 315,317
12. Costs after judgment (per filed order or memo CCP 685.090) ........ $
13. Subtotal (add 11 and 12) ........... $ 315,317
14. Credits ............................ $
15. Subtotal (subtract 14 from 13) ..... $ 315,317
16. Interest after judgment (per filed affidavit CCP 685.050) ............ $
17. Fee for issuance of writ ........... $
18. Total (add 15, 16, and 17) ......... $ 315,317
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of .... $ 86
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

(SEAL) Issued on (date): JAN 11 2010

Clerk, by _Betty Walton_, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

NDC-J130

| SHORT TITLE: The Wackenhut Corporation v. Material in Motion, Inc. | CASE NUMBER 5:09-cv-04292-HRL |
|---|---|

CONTINUED FROM FRONT:

☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. on *(date)*:
   b. name and address of joint debtor

   a. on *(date)*:
   b. name and address of joint debtor

   c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:
   a. ☐ Possession of personal property
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   b. ☐ Possession of real property
   c. ☐ Sale of personal property
   d. ☐ Sale of real property
   e. Description of property

---

**- NOTICE TO PERSON SERVED -**

Writ of execution or sale. Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property. If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

---

B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
MARIA M. LAMPASONA, State Bar No. 259675
mlampasona@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Plaintiff
THE WACKENHUT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE WACKENHUT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MATERIAL IN MOTION, INC.<br><br>Defendant. | Case No. 5:09-cv-04292-HRL<br><br>[~~PROPOSED~~] ENTRY OF DEFAULT JUDGMENT<br><br>F.R.C.P. 55(b)(1) |

## DEFAULT JUDGMENT

The defendant, Material in Motion, Inc., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $288,649 plus interest thereon; that defendant has defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff, The Wackenhut Corporation, recover of the defendant, Material in Motion, Inc., the sum of $315,317.15, an amount which includes $288,649 in damages pursuant to contract, $26,270.15 in judgment interest authorized by contract, and $398 in costs.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

DATED: NOV 25 2009

By: _____
ALBERT J YOUNGER
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30895-39059 MML 578177.1        - 2 -        Case No. 5:09-cv-04292-HRL
[PROPOSED] ENTRY OF DEFAULT JUDGMENT

1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  MARIA M. LAMPASONA, State Bar No. 259675
   mlampasona@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Plaintiff
7  THE WACKENHUT CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11
   THE WACKENHUT CORPORATION,            Case No. 5:09-cv-04292-HRL
12
              Plaintiff,                 **APPLICATION FOR DEFAULT
13                                       JUDGMENT BY CLERK**

14 v.

15 MATERIAL IN MOTION, INC.

              Defendant.
16

17

18    TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

19    Plaintiff THE WACKENHUT CORPORATION ("WACKENHUT") hereby requests a

20 default judgment against defendant MATERIAL IN MOTION ("MATERIAL") under Rule

21 55(b)(1) of the Federal Rules of Civil Procedure.

22    1.  <u>Entry of clerk's default:</u> A request for entry of clerk's default for failure to

23 respond or appear is filed concurrently herewith.

24    2.  <u>Proof required for clerk's judgment:</u> The declaration of Maria M. Lampasona filed

25 herewith establishes proof of: (a) a sum certain due and owning plaintiff WACKENHUT by said

26 defendant MATERIAL; (b) pursuant to a contract or statutory claim; (c) that defendant is not in

27 military service and is neither a minor nor an incompetent person; and (d) costs properly

28 awardable by the clerk.

30895-39059 MML 576999.1                 - 1 -              Case No. 5:09-cv-04292-HRL

3. <u>Judgment to be entered:</u>

Damages pursuant to contract: $288,649.

Judgment interest authorized by contract: $26,270.15.

Costs: $398.

DATED: November 3, 2009                     LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Maria M. Lampasona
         MARIA M. LAMPSONA
         Attorneys for Plaintiff
         THE WACKENHUT CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30895-39059 MML 576999.1                    - 2 -              Case No. 5:09-cv-04292-HRL
APPLICATION FOR DEFAULT JUDGMENT BY CLERK

**CERTIFICATE OF SERVICE**
*The Wackenhut Corporation v. Material in Motion, Inc.*
United States District Court, Northern District Case No.: 5:09-cv-04292-HRL

I, Noelle Duncan, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612-3541.

On January 8, 2010, I served the within:

**WRIT OF EXECUTION (Money Judgment)**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Material in Motion, Inc.　　　　　　　　　　Telephone:
c/o Ted Salah, Agent for Service of Process　Facsimile:
1110 La Avenida Street　　　　　　　　　　*Defendant*
Mountain View, CA 04043

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

30895-39059 MML 579186.001　　　1　　　Case No.: 5:09-cv-04292-HRL
CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2010, at Oakland, California.

_____
Noelle Duncan

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

30895-39059 MML 579186.001

2

Case No.: 5:09-cv-04292-HRL

CERTIFICATE OF SERVICE